**Pete L. ARMENDARIZ, Sr.,
Plaintiff—Appellant,**

v.

**James GOMEZ, Director, Department
of Corrections; et al., Defendants—
Appellees.**

No. 01–16047.

D.C. No. CV–99–04407–MJJ.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002.*

Decided March 20, 2002.

Before CANBY, BEEZER, and PAEZ,
Circuit Judges.

MEMORANDUM **

Pete L. Armendariz, Sr., a California
state prisoner, appeals pro se the district
court's summary judgment for defendants
in his 42 U.S.C. § 1983 action alleging
deliberate indifference to his serious medi-
cal needs. We have jurisdiction pursuant
to 28 U.S.C. § 1291. We review de novo,
*McGuckin v. Smith*, 974 F.2d 1050, 1059
(9th Cir.1992), *overruled on other grounds
by WMX Techs., Inc. v. Miller*, 104 F.3d
1133 (9th Cir.1997), and we affirm.

The district court properly granted sum-
mary judgment for defendants because Ar-
mendariz failed to raise a genuine issue of
material fact as to whether the defendants
were deliberately indifferent to his serious
medical needs. *See Jackson v. McIntosh*,
90 F.3d 330, 332 (9th Cir.1996) (difference
of opinion regarding proper medical treat-
ment is not deliberate indifference);
*McGuckin*, 974 F.2d at 1060 (delay in sur-
gery does not amount to deliberate indif-
ference unless delay causes further inju-
ry).

**AFFIRMED.**

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.